# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LUIS MIRANDA : | |
| : | CIVIL ACTION NO.: |
| Plaintiff, : | No. 20-5100 |
| v. : | |
| : | |
| CASTLE CREDIT CO. HOLDINGS, LLC : | |
| and : | |
| GREAT AMERICAN FINANCE : | |
| HOLDINGS, LLC : | |
| and : | |
| THIRD LAKE PARTNERS, LLC : | |
| and : | |
| THOMAS ANDERSON : | |
| and : | |
| PETER FYNBOH : | |
| : | |
| Defendants. : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties having resolved this matter, it is hereby stipulated pursuant to Rule 41 of the Federal Rules of Civil Procedure, by and between Plaintiff and Defendants, through their undersigned counsel, that this above-captioned action be dismissed in its entirety with prejudice and without costs or attorneys' fees to either party. The parties consent to use of electronic signatures on this Stipulation.

| | |
|---|---|
| */s/ Timothy S. Seiler* | */s/ Phillip M. Schreiber* |
| Timothy S. Seiler, Esq. | Phillip M. Schreiber [ARDC #6209973] |
| Karpf, Karpf & Cerutti, P.C. | Holland & Knight LLP |
| 3331 Street Road | 150 North Riverside Plaza Suite 2700 |
| Two Greenwood Sq., Suite 128 | Chicago, Illinois 60606 |
| Bensalem, PA | (312) 263-3600 |
| Phone: (215) 639-0801 | phillip.schreiber@hklaw.com |
| Fax: (215) 639-4970 | |
| | *Attorney for Defendants* |

Anthony J. Bonomo
Giorgi & Bonomo
444 N. Michigan Avenue
Suite 1200
Chicago, IL 60611
(312) 300-4868

*Attorneys for Plaintiff*